NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FA-HSING LU,**
*Plaintiff-Appellant*

**v.**

**HYPER BICYCLES, INC.,**
*Defendant-Appellee*

---

2024-1081

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:20-cv-11739-NMG, Judge Nathaniel M. Gorton.

---

## JUDGMENT

---

CHRISTOPHER E. HULTQUIST, Hultquist Law, P.C., Providence, RI, argued for plaintiff-appellant.

LAWRENCE ECOFF, Ecoff Campain Tilles & Kay, LLP, Beverly Hills, CA, argued for defendant-appellee. Also represented by DAVID WILSON, Thompson Hine LLP, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2025
Date

Jarrett B. Perlow
Clerk of Court